FILED: March 21, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1237
(3:23-cv-00722-HEH)

_____

COLONIAL WEBB CONTRACTORS COMPANY

       Plaintiff - Appellee

v.

HILL PHOENIX, INC.

       Defendant - Appellant

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
| Originating Case Number | 3:23-cv-00722-HEH |
| Date notice of appeal filed in originating court: | 03/20/2024 |
| Appellant(s) | Hill Phoenix, Inc. |
| Appellate Case Number | 24-1237 |
| Case Manager | Beverley A. Washington<br>804-916-2704 |